# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL A. SKINNER, | ) | |
| Petitioner, | ) | 3:12-cv-00271-HDM-WGC |
| vs. | ) | **ORDER** |
| WARDEN GREG SMITH, *et al.*, | ) | |
| Respondents. | ) | |

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

    **IT THEREFORE IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of **a new petition in a new action**.

    **IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for the same, two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

1   **IT IS FURTHER ORDERED** that petitioner may file a new petition in a new action, but he
2  may not file further documents in this action.

3   **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 30th day of May, 2012.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE