UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL A. SKINNER, ) | |
| ) | |
| Petitioner, ) | 3:12-cv-00271-HDM-WGC |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WARDEN GREG SMITH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by an inmate.  After judgment was entered in this action, petitioner filed a motion to extend the prison copywork limit.  Because this case is closed, petitioner's motion is denied as moot.

**IT IS THEREFORE ORDERED** that petitioner's motion to extend the prison copywork limit (ECF No. 6) is **DENIED.**

Dated this 13th  day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE